[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-11055
Non-Argument Calendar
_____

D.C. Docket No. 1:13-cr-00051-WLS-TQL-6


UNITED STATES OF AMERICA,

Plaintiff - Appellee,


versus

TONY WYNN,

Defendant - Appellant.


_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

(November 24, 2015)

Before MARTIN, JILL PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Thomas Ledford, appointed counsel for Tony Wynn in this direct criminal

appeal, has moved to withdraw from further representation of Mr. Wynn and

prepared a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our

independent review of the record reveals that counsel's assessment of the relative

merit of the appeal is correct. Because independent examination of the entire

record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED**, and Mr. Wynn's conviction and sentence are **AFFIRMED**.[1]

---

[1] We acknowledge that Mr. Wynn expressed dissatisfaction with counsel's performance leading up to his guilty plea and that he might wish to argue that counsel was ineffective in that respect. Such claims, however, generally "are not considered for the first time on direct appeal," but rather are best reserved for postconviction proceedings. *United States v. Tyndale*, 209 F.3d 1292, 1294 (11th Cir. 2000); *see Massaro v. United States*, 538 U.S. 500, 504-05 (2003).